UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HEBER BRAN, individually and on behalf of all others similarly situated, | ) ) ) | CLASS ACTION |
| Plaintiff, | ) ) ) | Case No. 15-cv-10891 |
| v. | ) ) ) | |
| VTECH ELECTRONICS NORTH AMERICA, L.L.C., a Delaware limited liability company, and VTECH HOLDINGS LIMITED, a Hong Kong company, | ) ) ) ) ) ) ) | Judge Robert Blakey Magistrate Judge Jeffrey Cole |
| Defendants. | ) | |

## DEFENDANT VTECH ELECTRONICS NORTH AMERICA, LLC'S NOTIFICATION OF AFFILIATES

Defendant VTech Electronics North America, LLC, by Counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, submits the following Corporate Disclosure Statement:

Defendant VTech Electronics North America, LLC states that it is a wholly-owned subsidiary of VTech USA Holdings, LLC. VTech USA Holdings, LLC is the only member of VTech Electronics North America, LLC. No publicly-held corporation owns 10 percent or more of VTech Electronics North America LLC's stock. VTech Electronics North America LLC and VTech USA Holdings, LLC are both related to VTech Holdings Limited, which is a publicly listed company in Hong Kong.

Dated: December 23, 2015                    Respectfully submitted,

                                            VTech Electronics North America, LLC


                                            By: /s/ Michael Dockterman_____
                                            One of its attorneys

Michael Dockterman (#3121675)
mdockterman@steptoe.com
James R. Nuttall (#6243585)
jnuttall@steptoe.com
Jeremy Goldkind (#6282972)
jgoldkind@steptoe.com
Lauren Jaffe (#6316795)
ljaffe@steptoe.com
Steptoe & Johnson, LLP
115 S. LaSalle Street, Suite 3100
Chicago, Illinois 60603
(312) 577-1300

## CERTIFICATE OF SERVICE

       I, Michael Dockterman, an attorney, hereby certify that on December 23, 2015, I caused a copy of DEFENDANT VTECH ELECTRONICS NORTH AMERICA, LLC'S NOTIFICATION OF AFFILIATES to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                                                  /s/ Michael Dockterman