UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **HEBER BRAN, individually and on behalf of all others similarly situated,** ) | **CLASS ACTION** |
| ) | |
| **Plaintiff,** ) | **Case No. 15-cv-10891** |
| ) | |
| v. ) | |
| ) | |
| **VTECH ELECTRONICS NORTH AMERICA, L.L.C., a Delaware limited liability company, and VTECH HOLDINGS LIMITED, a Hong Kong company,** ) ) ) ) ) | **Judge Robert Blakey** **Magistrate Judge Jeffrey Cole** |
| ) | |
| **Defendants.** ) | |

## NOTICE OF MOTION

TO:   ALL PARTIES AND COUNSEL OF RECORD

　　　PLEASE TAKE NOTICE that on December 29, 2015, at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable District Judge Robert Blakey, or any judge sitting in his stead, in Courtroom 1725 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then there present Defendant VTech Electronics North America, LLC's Unopposed Motion for Extension of Time.

Dated: December 23, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　VTech Electronics North America, LLC

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Michael Dockterman_____
　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

Michael Dockterman (#3121675)
mdockterman@steptoe.com
James R. Nuttall (#6243585)
jnuttall@steptoe.com
Jeremy Goldkind (#6282972)
jgoldkind@steptoe.com
Lauren Jaffe (#6316795)
ljaffe@steptoe.com
Steptoe & Johnson, LLP
115 S. LaSalle Street, Suite 3100
Chicago, Illinois 60603
(312) 577-1300

## **CERTIFICATE OF SERVICE**

      I, Michael Dockterman, an attorney, hereby certify that on December 23, 2015, I caused a copy of NOTICE OF MOTION to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                                                            /s/ Michael Dockterman